DEVERIE J. CHRISTENSEN
Nevada Bar No. 6596
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Foundever Operating Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WAUDBY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FOUNDEVER OPERATING CORPORATION, a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01922-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff John Waudby ("Plaintiff"), by and through his counsel, Ace Law Group, and Defendant Foundever Operating Corporation ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a 2-week extension up to and including **October 29, 2025**, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.      Plaintiff filed his Complaint on September 12, 2025 in the District Court, Clark County Nevada, Case No. A-25-928061-C. The Summons and Complaint were served on Defendant on or about September 17, 2025.

2.      On October 8, 2025, the Defendant filed a Notice to Federal Court of Removal of Civil Action from State Court, Case No. 2:25-cv-01922-APG-BNW. (ECF No. 1).

3.      On October 8, 2025, Foundever provided Plaintiff with an executed arbitration

agreement.

4. Plaintiff is in the process of reviewing the documentation to determine whether he will voluntarily submit this matter to arbitration.

5. Thus, the parties hereby stipulate to extend the deadline to October 29, 2025, for Defendant to file its response to the Complaint.

6. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

7. This Stipulation is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 14th day of October, 2025.

| ACE LAW GROUP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Adam L. Gill*<br>Patrick W. Kang, Bar # 10381<br>Kyle R. Tatum, Bar # 13264<br>Adam L. Gill, Bar #11575<br>6480 West Spring Mountain Road, Suite 1<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff* | */s/ Thomas W. Maroney*<br>Deverie J. Christensen, Bar # 6596<br>Thomas W. Maroney, Bar # 13913<br>300 S. Fourth St., Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Foundever Operating Corporation* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: October 15, 2025

4913-5214-5522, v. 1

JACKSON LEWIS P.C.
LAS VEGAS

2