# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WAUDBY,<br><br>    Plaintiff<br><br>v.<br><br>FOUNDEVER OPERATING CORPORATION,<br><br>    Defendant | Case No.: 2:25-cv-01922-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff John Waudby's certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by November 3, 2025.

DATED this 20th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE