**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

John Waudby,

Plaintiff,

v.

Foundever Operating Corporation,

Defendants.

Case No. 2:25-cv-01922-APG-BNW

**Order**

"No ENE will be conducted in cases subject to arbitration." Docket No. 2. As this case has been submitted to arbitration, Docket No. 17, the Court INSTRUCTS the Clerk's Office to remove the ENE flag from the docket and to remove the undersigned as the settlement judge from this case.

IT IS SO ORDERED.

Dated: October 7, 2026

Nancy J. Koppe
United States Magistrate Judge