**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN WAUDBY,<br><br>Plaintiff<br><br>v.<br><br>FOUNDEVER OPERATING CORPORATION,<br><br>Defendant | Case No.: 2:25-cv-01922-APG-BNW<br><br>**Order for Status Report** |

This case has been stayed for over a year while the parties pursued mediation and arbitration. ECF No. 17. The parties have not provided an update on whether this case should remain pending or whether the dispute has been resolved through alternative dispute resolution measures.

I THEREFORE ORDER the parties to file a status report by December 11, 2026.

DATED this 24th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE